Mark E. Ellis - 127159
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
iglesias@ellislawgrp.com

Attorneys for Cross-Defendant CREDIT CONSULTING SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT CONSULTING SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>CLIFTON SCOTT,<br><br>    Defendant.<br><hr>AND RELATED CROSS-ACTION | Federal Case No:<br><br>San Benito County Case No.: CL-18-00541<br><br>**CROSS-DEFENDANT CREDIT CONSULTING SERVICES' JURY DEMAND** |

Cross-Defendant CREDIT CONSULTING SERVICES hereby demands a jury trial in this matter.

Dated: January 18, 2019

                                        ELLIS LAW GROUP LLP

                                        By  */s/ Lawrence K. Iglesias*
                                            Lawrence K. Iglesias
                                            Attorney for
                                            CREDIT CONSULTING SERVICES