Mark E. Ellis - 127159
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
iglesias@ellislawgrp.com

Attorneys for Cross-Defendant CREDIT CONSULTING SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT CONSULTING SERVICES, | Federal Case No: |
| Plaintiff, | San Benito County Case No.:  CL-18-00541 |
| v. | **CROSS-DEFENDANT CREDIT CONSULTING SERVICES CERTIFICATE OF INTERESTED PARTIES** |
| CLIFTON SCOTT, | |
| Defendant. | |
| AND RELATED CROSS-ACTION | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following persons or entities, other than the named parties, have a financial interest in the subject matter of this litigation or an interest that could be substantially affected by the outcome of the proceeding:  None known.

Dated: January 18, 2019

ELLIS LAW GROUP LLP

By  /s/  Mark E. Ellis
Mark E. Ellis
Attorney for Cross-Defendant
CREDIT CONSULTING SERVICES